# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| **HARVEY LEE FUNCHES** | **PLAINTIFF** |
| VS. | CAUSE NO. 3:15cv586 HTW-LRA |
| **CHASE E. NOLAND,**<br>**PROGRESSIVE TRACTOR**<br>**AND IMPLEMENT COMPANY, LLC,**<br>**ZIP TIE FARMS, LLC and GRIZZLY**<br>**HARVESTING, LLC** | **DEFENDANTS** |
| **PROGRESSIVE TRACTOR**<br>**AND IMPLEMENT COMPANY, LLC** | **CROSS-PLAINTIFF** |
| VS. | |
| **CHASE E. NOLAND AND**<br>**GRIZZLY HARVESTING, LLC** | **CROSS-DEFENDANTS** |

### DEFENDANT, PROGRESSIVE TRACTOR & IMPLEMENT COMPANY, LLC'S JOINDER IN CO-DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION *IN LIMINE*

COMES NOW, defendant, Progressive Tractor & Implement Company, LLC (hereinafter "PTI"), by and through its attorneys of record and hereby joins in and adopts by reference co-defendants' Memorandum in Opposition to Plaintiff's Motion *in Limine* [Doc 188] and would show unto the Court the following:

1.

In an effort to avoid unnecessary duplication and cluttering of the Record, PTI joins in and adopts the Memorandum in Opposition to Plaintiff's Motion *in Limine* [188] filed by co-defendants and relies upon the same as if it were its own.

WHEREFORE, PREMISES CONSIDERED, PTI requests the Court to deny the plaintiff's separate motions *in limine* for the reasons set forth in the defendants' separate responses to said motions and the memorandum in opposition to plaintiff's motions *in limine*.

RESPECTFULLY SUBMITTED, this the 31st day of January, 2017.

        **PROGRESSIVE TRACTOR & IMPLEMENT COMPANY, LLC**

        BY:  /s/Michael W. Baxter
            MICHAEL W. BAXTER (MSB # 2211)
            MASON S. MONTGOMERY (MSB #103313)
            Attorneys for Defendant, Progressive Tractor & Implement Company, LLC

OF COUNSEL:
COPELAND, COOK, TAYLOR & BUSH, P.A.
600 Concourse, Suite 100
1076 Highland Colony Parkway
Ridgeland, Mississippi 39157
Post Office Box 6020
Ridgeland, Mississippi 39158
Telephone: (601) 856-7200
Facsimile: (601) 856-7626
email:  mbaxter@cctb.com
       mmontgomery@cctb.com

**CERTIFICATE OF SERVICE**

I, Michael W. Baxter, do hereby certify that on the 31st day of January, 2017, I electronically filed the foregoing Joinder in Opposition to Plaintiff's Motion *in Limine* with the Clerk of the Court using the ECF system which sent notification of such filing to the following: Dean Andrews, Jr., Esq.; and Sam S. Thomas, Esq.

          /s/Michael W. Baxter

-2-